UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMMY THOMPSON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>WELFARE; SOCIAL SECURITY; WIC; DSS; HRA; SSI.,<br><br>　　　　　　　　　　　Defendants. | 25 CIVIL 5359 (LLS)<br><br>CIVIL JUDGMENT |

　　　　For the reasons stated in the September 4, 2025, order, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed.

　　　　SO ORDERED.

Dated:　October 29, 2025
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Louis L. Stanton
　　　　　　　　　　　　　　　　　　　　　　　　　LOUIS L. STANTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge